■ In the Matter of JUDY FLAHERTY, Petitioner, v ARTHUR Y. WEBB, as Acting Commissioner of the New York State Department of Social Services, et al., Respondents. — Proceeding pursuant to CPLR article 78 to review a determination of the Commissioner of the New York State Department of Social Services, dated April 9, 1982 and made after a statutory fair hearing, which affirmed a determination of the local agency to discontinue a grant of Aid to Families with Dependent Children on the ground that the children's father had returned to the home and was providing sufficient support for the family's needs. ¶ Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. ¶ The determination was supported by substantial evidence (see *300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176; *Matter of Pell v Board of Educ.,* 34 NY2d 222). We have considered petitioner's other claims and find them to be without merit. Bracken, J. P., Niehoff, Rubin and Lawrence, JJ., concur.